UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
In re:

QUIMERA RESTAURANT GROUP LLC     Chapter 7
                                  Case No.: 18-41986-cec

                       Debtor.
------------------------------X
DAVID J. DOYAGA, SR., AS TRUSTEE OF THE
ESTATE OF QUIMERA RESTAURANT GROUP LLC
                                  Adv. Pro. No.: 20-01042-cec

                      Plaintiff,

    -against-

BANKIA, S.A.,
BANKINTER, S.A.,
UNICAJA BANCO, S.A.,
HECTOR SANZ IZQUIERDO,
FRANCISCO SANZ GARCIA, AND
MARIA DOLLY IZQUIERDO JIMENEZ,

                      Defendants.
------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel and representative for the parties herein, as follows:

       1.     The time for defendant, Bankia, S.A., to answer or to move with respect to the amended complaint herein is hereby extended from May 28, 2020 to June 29, 2020.

       2.     The time for defendant, Bankinter, S.A., to answer or to move with respect to the amended complaint herein is hereby extended from May 28, 2020 to June 29, 2020.

       3.     The time for defendant, Unicaja Banco, S.A. to answer or to move with respect to the amended complaint herein is hereby extended from May 28, 2020 to June 29, 2020.

       4.     For purposes of this Stipulation, facsimile and/or email signatures shall be deemed originals. The parties may execute this Stipulation in counterparts and each counterpart so executed by each party shall constitute an original.

5. The defendants, Bankia S.A., Bankinter, S.A., and Unicaja Banco, S.A. hereby waive any defense based on improper process of service.

Dated: New York, New York
May 27, 2020

| | |
|---|---|
| **ROSEN & KANTROW, PPLC** | **BURGHER GRAY LLP** |
| *Attorneys for Plaintiff* | *Counsel for:* |
| *David J. Doyaga Sr., as Trustee of The Estate* | *Bankia, S.A.;* |
| *of Quimera Restaurant Group* | *Bankinter S.A.; and* |
| | *Unicaja Banco, S.A.* |

By: */s/ Avrum J. Rosen*
    Avrum J. Rosen, Esq.
    Nico G. Pizzo, Esq.
38 New Street
Huntington, New York 11743
(631) 423-8527

By: */s/ James Bulger*
    James Bulger, Esq.
1350 Broadway, Suite 406
New York, NY 10018
(646) 513-3231

SO ORDERED: